UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD CARMICHAEL, et al., | ) | 3:07-CV-0246-LRH (VPC) |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 7, 2008 |
| | ) | |
| GLEN WHORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>     LISA MANN          </u>   REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING                              </u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING                              </u>

**MINUTE ORDER IN CHAMBERS:**

     Defendants' motion for screening (#3) is **GRANTED**.  Plaintiff's complaint shall be properly screened pursuant to 28 U.S.C. § 1915.  After the complaint has been screened, the Office of the Attorney General will be ordered to advise the court whether it can accept service of process for the named defendants.

     Defendants' motion for enlargement of time (#4) to file answer or present defenses pending initial court screening is **GRANTED**.  Defendants shall have up to and including forty-five (45) days after screening to file an answer or other response.

     Plaintiff's motion to have state motions heard by this court (#11) is **DENIED.**  Plaintiff has leave to re-file motions with this court.

Plaintiff's motion for expedited rulings (#13) is **DENIED**. As previously stated, this case is still in the screening process. Due to the volume of inmate litigation filed in this court, the screening process may take several months. At such time as the complaint is screened, plaintiff will be notified via court order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk